

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00267-CV

## IN THE INTEREST OF J.W.T., ADULT DISABLED CHILD

**From the 13th District Court
Navarro County, Texas
Trial Court No. 93-00-03222-CV**

## O R D E R

Texas Rule of Appellate Procedure 9.9(b) states, "Unless the inclusion of sensitive data is specifically required by a statute, court rule, or administrative regulation, an electronic or paper document containing sensitive data may not be filed with a court unless the sensitive data is redacted . . . ."  TEX. R. APP. P. 9.9(b).  Rule 9.9(a) defines "sensitive data" as:

(1) a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number;

(2) a bank account number, credit card number, or other financial account number; and

(3) a birth date, home address, and the name of any person who was a minor when the underlying suit was filed.

TEX. R. APP. P. 9.9(a).

Appellant Marceia Bonin-Turner filed her brief, which includes a lengthy appendix, on November 27, 2017. The brief, however, contains sensitive data that has not been redacted pursuant to Rule 9.9. On November 30, 2017, Appellant filed a motion requesting that Exhibits 17, 18, 19, 20, and 21 in the appendix of her brief be sealed because "[t]he contents are confidential and very sensitive." But Exhibits 17, 18, 19, 20, and 21 are not the only exhibits that contain sensitive data.

Accordingly, Appellant's brief, including the appendix, is stricken, and Appellant's motion requesting that Exhibits 17, 18, 19, 20, and 21 be sealed is dismissed as moot.

Within 7 days from the date of this Order, Appellant is ordered to file a brief that complies with Rule 9.9. Appellant may file a motion requesting that certain contents of the new brief be sealed, if necessary.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed January 10, 2018
Do not publish

